UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Global Lending Services, LLC

**Order Filed on February 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Christina Hernandez, and Ricardo Hernandez,

Debtors.

Case No.: 18-26267 VFP

Adv. No.:

Hearing Date: 1/17/19 @ 10:00 a.m..

Judge: Vincent F. Papalia

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 4, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtors:   Christina Hernandez, and Ricardo Hernandez
Case No:  18-26267 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Global Lending Services, LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to 2014 Lexus RX 350, VIN: 2T2BK1BA9EC230711, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joseph Rogers, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 8, 2019, Debtor is due for the September 2018 – January 2019 post-petition payments for a total post-petition default of $3,132.00; and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $1,879.20; and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the remainder of the arrears in the amount of $1,252.80 by January 31, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume February 1, 2019, directly to Secured Creditor's servicer, Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, SC 29603; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan and the motion is hereby resolved.