| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br>Clifford B. Frish, Esq. #CBF-2541<br>Attorney(s) for Debtor | Order Filed on March 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

CHRISTINA HERNANDEZ

Case No.: 18-26267

Chapter: 13

Judge: VFP

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 18, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____12/17/2018_____ :

Property:   260 Garden Road, Pompton Lakes, NJ

Creditor:   Ocwen Loan Servicing

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____5/31/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2