**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**Order Filed on June 28, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:

CHRISTINA HERNANDEZ

**Case No.: 18-26267 VFP**

**Hearing Date: 6/20/2019**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 28, 2019**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): CHRISTINA HERNANDEZ

Case No.: 18-26267

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/20/2019 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 6/30/2019 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must file a Loss Mitigation Program extension by 6/30/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Loss Mitigation Program extension has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.