# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−26267−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christina Hernandez
   fka Christina Irizarry
   260 Garden Road
   Pompton Lakes, NJ 07442

Social Security No.:
   xxx−xx−8660

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/11/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 11, 2019
JAN: mcp

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-26267-VFP
Christina Hernandez                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Sep 11, 2019
                              Form ID: 148             Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
```
db            +Christina Hernandez,    260 Garden Road,    Pompton Lakes, NJ 07442-2329
cr            +Global Lending Services, LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
517700753     +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517700759     +Collexx Inc,    59 E Mill Rd,    Long Valley, NJ 07853-6222
517700770      Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517700771     +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
517700773     +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
517700772     +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517700782     +LVNV Funding c/o,    Faloni & Associates, LLC,    165 Passaic Avenue,    Ste. 301B,
               Fairfield, NJ 07004-3592
517700781     +LVNV Funding c/o,    Faloni & Associates,    PO Box 1285,    Caldwell, NJ 07007-1285
517779261     +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department PO Box 24605,
               West Palm Beach, FL 33416-4605
517700790     +Ocwen Loan Servicing, LLC.,    3451 Hammond Ave,    Waterloo, IA 50702-5345
517700788     +Ocwen Loan Servicing, Llc,    Po Box 24646,    West Palm Beach, FL 33416-4646
517712114     +Ocwen Loan Servivicng, LLC,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517863036    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
517700800     +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
               Trenton, NJ 08602-0269
517700805      TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517700806     +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
517700811      U.S. Department of Education,    Po Box 4222,    Iowa City, IA 52244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2019 00:08:24     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2019 00:08:18     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517700754      EDI: BANKAMER.COM Sep 12 2019 03:28:00      Bank Of America,    Attn: Bankruptcy,   Po Box 982238,
               El Paso, TX 79998
517700755      EDI: BANKAMER.COM Sep 12 2019 03:28:00      Bank of America,    Po Box 982238,
               El Paso, TX 79998
517700757      EDI: CAPITALONE.COM Sep 12 2019 03:28:00      Capital One Bank USA,    POB 71083,
               Charlotte, NC 28272-1083
517700758     +EDI: CAPITALONE.COM Sep 12 2019 03:28:00      Capital One Bank USA NA,    P.O. Box 30281,
               Salt Lake City, UT 84130-0281
517779773      EDI: BL-BECKET.COM Sep 12 2019 03:28:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
517700760     +EDI: RCSFNBMARIN.COM Sep 12 2019 03:28:00      Credit One Bank,    Attn: Bankruptcy,
               Po Box 98873,    Las Vegas, NV 89193-8873
517700761     +EDI: RCSFNBMARIN.COM Sep 12 2019 03:28:00      Credit One Bank,    Po Box 98875,
               Las Vegas, NV 89193-8875
517700766     +EDI: NAVIENTFKASMDOE.COM Sep 12 2019 03:28:00      Dept of Ed / Navient,    Po Box 9635,
               Wilkes Barre, PA 18773-9635
517700762     +EDI: NAVIENTFKASMDOE.COM Sep 12 2019 03:28:00      Dept of Ed / Navient,    Attn: Claims Dept,
               Po Box 9635,    Wilkes Barr, PA 18773-9635
517700775      E-mail/Text: bankruptcy@glsllc.com Sep 12 2019 00:06:23      Global Lending Service,
               1200 Brookfield Blvd Ste,    Greenville, SC 29607
517700774      E-mail/Text: bankruptcy@glsllc.com Sep 12 2019 00:06:23      Global Lending Service,
               Attn: Bankruptcy,    Po Box 10437,    Greenville, SC 29603
517829001      E-mail/Text: bankruptcy@glsllc.com Sep 12 2019 00:06:23      Global Lending Services LLC,
               1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
517700776      EDI: IRS.COM Sep 12 2019 03:28:00      Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, PA 19114-0326
517700777     +E-mail/Text: bncnotices@becket-lee.com Sep 12 2019 00:07:25      Kohls/Capital One,
               Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517700778     +E-mail/Text: bncnotices@becket-lee.com Sep 12 2019 00:07:26      Kohls/Capital One,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517700780     +EDI: RESURGENT.COM Sep 12 2019 03:28:00      LVNV Funding,    POB 10497,
               Greenville, SC 29603-0497
517830050      EDI: RESURGENT.COM Sep 12 2019 03:28:00      LVNV Funding, LLC,    c/o Resurgent Capital Services,
               PO BOX 10587,    Greenville, SC 29603-0587
517700783     +EDI: RESURGENT.COM Sep 12 2019 03:28:00      LVNV Funding/Resurgent Capital,    Po Box 10497,
               Greenville, SC 29603-0497
517700784     +EDI: RESURGENT.COM Sep 12 2019 03:28:00      LVNV Funding/Resurgent Capital,    Po Box 1269,
               Greenville, SC 29602-1269
```

```
District/off: 0312-2          User: admin              Page 2 of 3                   Date Rcvd: Sep 11, 2019
                              Form ID: 148             Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517700779         EDI: RESURGENT.COM Sep 12 2019 03:28:00      LVNV funding,    625 Pilot Road, Suite 3,
                   Las Vegas, NV 89119-4485
517753518         EDI: NAVIENTFKASMSERV.COM Sep 12 2019 03:28:00      NAVIENT PC TRUST,
                   C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
517700786        +EDI: NAVIENTFKASMSERV.COM Sep 12 2019 03:28:00      Navient,    Po Box 9655,
                   Wilkes Barre, PA 18773-9655
517700785        +EDI: NAVIENTFKASMSERV.COM Sep 12 2019 03:28:00      Navient,    Attn: Bankruptcy,    Po Box 9500,
                   Wilkes-Barre, PA 18773-9500
517700789        +Fax: 407-737-5634 Sep 12 2019 00:37:00      Ocwen Loan Servicing, LLC.,    Attn: Research Dept,
                   1661 Worthington Rd., Ste 100,    West Palm Beach, FL 33409-6493
517700787        +Fax: 407-737-5634 Sep 12 2019 00:37:00      Ocwen Loan Servicing, Llc,
                   Attn: Research/Bankruptcy,    1661 Worthington Road, Suite 100,
                   West Palm Beach, FL 33409-6493
517700792         E-mail/Text: info@phoenixfinancialsvcs.com Sep 12 2019 00:06:33
                   Phoenix Financial Services. Llc,    8902 Otis Ave Ste 103a,    Indianapolis, IN 46216
517700791         E-mail/Text: info@phoenixfinancialsvcs.com Sep 12 2019 00:06:33
                   Phoenix Financial Services. Llc,    Po Box 361450,    Indianapolis, IN 46236
517700795         EDI: PRA.COM Sep 12 2019 03:28:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                   Norfolk, VA 23502
517819765         EDI: PRA.COM Sep 12 2019 03:28:00      Portfolio Recovery Associates, LLC,
                   C/O Capital One Bank (usa), N.A.,    POB 41067,    Norfolk VA 23541
517700793        +EDI: PRA.COM Sep 12 2019 03:28:00      Portfolio Recovery,    Po Box 41021,
                   Norfolk, VA 23541-1021
517700798        +EDI: DRIV.COM Sep 12 2019 03:28:00      Santander,    P.O. Box 660633,    Dallas, TX 75266-0633
517700797        +EDI: DRIV.COM Sep 12 2019 03:28:00      Santander,    PO Box 961245,    Fort Worth, TX 76161-0244
517700799        +EDI: DRIV.COM Sep 12 2019 03:28:00      Santander Consumer USA,    Po Box 961245,
                   Ft Worth, TX 76161-0244
517700801        +EDI: RMSC.COM Sep 12 2019 03:28:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy Dept,
                   Po Box 965060,    Orlando, FL 32896-5060
517700802        +EDI: RMSC.COM Sep 12 2019 03:28:00      Synchrony Bank/ Old Navy,    Po Box 965005,
                   Orlando, FL 32896-5005
517700803         EDI: TFSR.COM Sep 12 2019 03:28:00      Toyota Financial Services,    Attn: Bankruptcy,
                   Po Box 8026,    Cedar Rapids, IA 52409
517700804        +EDI: TFSR.COM Sep 12 2019 03:28:00      Toyota Financial Services,    Po Box 9786,
                   Cedar Rapids, IA 52409-0004
517700807        +EDI: ECMC.COM Sep 12 2019 03:28:00      U.S. Department of Education,    Ecmc/Bankruptcy,
                   Po Box 16408,    Saint Paul, MN 55116-0408
517983312         EDI: ECMC.COM Sep 12 2019 03:28:00      US Department of Education,    PO BOX 16448,
                   St. Paul, MN 55116-0448
517700820        +EDI: ECMC.COM Sep 12 2019 03:28:00      US Dept of Education,    Po Box 5609,
                   Greenville, TX 75403-5609
517700815        +EDI: ECMC.COM Sep 12 2019 03:28:00      US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,
                   Saint Paul, MN 55116-0448
                                                                                              TOTAL: 43


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517700756*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
517700767*        +Dept of Ed / Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
517700768*        +Dept of Ed / Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
517700769*        +Dept of Ed / Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
517700763*        +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517700764*        +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517700765*        +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517700796*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
517828651*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,
                   C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541)
517700794*        +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
517700812*        U.S. Department of Education,    Po Box 4222,    Iowa City, IA 52244
517700813*        U.S. Department of Education,    Po Box 4222,    Iowa City, IA 52244
517700814*        U.S. Department of Education,    Po Box 4222,    Iowa City, IA 52244
517700808*        +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
517700809*        +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
517700810*        +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
517700821*        +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
517700822*        +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
517700823*        +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
517700824*        +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
517700816*        +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
517700817*        +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
517700818*        +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
517700819*        +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
                                                                                              TOTALS: 0, * 24, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2           User: admin               Page 3 of 3                  Date Rcvd: Sep 11, 2019
                               Form ID: 148              Total Noticed: 63
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:

```
          Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing, LLC ajennings@rasflaw.com
          Clifford B. Frish    on behalf of Debtor Christina   Hernandez yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          David G. Beslow    on behalf of Debtor Christina   Hernandez yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Goldman    on behalf of Debtor Christina   Hernandez yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor    Ocwen Loan Servicing, LLC smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 9
```